# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## EASTERN DIVISION

**BILLY T. LOVELACE**　　　　　　　　　　　　　　　　　　　　　**PETITIONER**
**REG. # 03919-095**

**VS.**　　　　　　　**CASE NO. 2:05CV00232 JMM/HDY**

**LINDA SANDERS,**
**WARDEN, FCI FORREST**
**CITY, ARKANSAS**　　　　　　　　　　　　　　　　　　　　　　**RESPONDENT**

## ORDER

The Court has received proposed Findings and Recommendations from Magistrate Judge H. David Young. No objections have been filed. After careful review, the Court concludes that the Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects. Judgment will be entered accordingly.

IT IS SO ORDERED this 19th day of October, 2005.

_____
United States District Judge