**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**BILLY T. LOVELACE**                                                                **PETITIONER**
**REG. # 03919-095**

**VS.**                          **CASE NO. 2:05CV00232 JMM/HDY**

**LINDA SANDERS,
WARDEN, FCI FORREST
CITY, ARKANSAS**                                                                **RESPONDENT**

**JUDGMENT**

In accordance with the Findings and Recommendation, the petition for writ of habeas corpus is granted, and the respondent is directed to (a) consider, within twenty days and in good faith, transferring petitioner to a CCC for the last six months of his sentence in accordance with the factors taken into account by the BOP prior to its adoption of the December 2002 policy; and (b) place petitioner in conditions that will afford him a reasonable opportunity to adjust to and prepare for his reentry into the community during a reasonable part of the last ten percent of his term, to the extent practicable, not to exceed six months.

IT IS SO ORDERED this 19th day of October, 2005.

United States District Judge